# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER R. HUDSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.:** |
| | ) | **2:13-cv-02106-TMP** |
| **BANK OF AMERICA, N.A.;** | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.; and TRANS** | ) | |
| **UNION, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS
## BANK OF AMERICA, N.A. WITH PREJUDICE

COMES NOW the Plaintiff and respectfully requests this Honorable Court to dismiss Plaintiff's claims against Bank of America, N.A. as follows:

1. The Plaintiff and Defendant Bank of America, N.A. have resolved their differences and desire that the claims against the Defendant Bank of America, N.A. be dismissed with prejudice, costs taxed as paid.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully requests this Honorable Court to grant this Motion of dismissal with prejudice against the Defendant Bank of America, N.A.

Respectfully Submitted,

/s/ M. Stan Herring
**John G. Watts (ASB-5819-t82j)**
**M. Stan Herring (ASB-1074-n72m)**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 29, 2014**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jason R. Bushby, Esq.
Grant A. Premo, Esq.
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

*Attorneys for Defendant Bank of America, N.A.*

/s/ M. Stan Herring
OF COUNSEL