IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER R. HUDSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:13-cv-2106-TMP |
| BANK OF AMERICA, N.A., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The plaintiff has filed a motion to voluntarily dismiss all claims remaining in this action with prejudice (doc. 31), reciting that the issues have been resolved. Accordingly, the claims are DISMISSED WITH PREJUDICE. Each party shall bear his or its own costs.

DONE the 29th day of October, 2014.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE